IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE GILBERTO PEREZ, LILIA PEREZ, AGUSTIN RUESGA, and PASCUAL TABAREZ, on behalf of themselves and other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> NAAS, INC. d/b/a IHOP, FLIPMEASTACK, INC., SALADDIN JANMOHAMMED, individually, and AKBARALI LALANI, individually, <br><br> Defendants. | 1:15-cv-5848 <br><br> Honorable Edmond E. Chang |

**STIPULATION OF DISMISSAL**

Plaintiffs and Defendants, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with the filing of this Stipulation of Dismissal, this matter may be dismissed against Defendants NAAS, Inc., Saluaddin Janmohamed, and Akbarali Lalani, without prejudice, each party to bear its own costs and fees. Plaintiffs are granted leave to move to reinstate on or before June 15, 2018 against these Defendants. If Plaintiffs have not moved to reinstate by June 15, 2018, dismissal against these defendants will automatically convert to be with prejudice.

The parties further agree that all pending claims against Defendant Flipmeastack, Inc. are hereby dismissed with prejudice.

Dated: October 11, 2016

| | |
|---|---|
| /s/Carlos G. Becerra | /s/Robert M. Mihelich |
| Carlos G. Becerra | Robert M. Mihelich |
| Becerra Law Group, LLC | Law Offices of Robert M. Mihelich |
| 11 E. Adams St., Suite 1401 | 2665 S. Moorland Road, Suite 200 |
| Chicago, IL 60603 | New Berlin, WI 53151 |
| Phone: (312)957-9005 | Phone: (262) 789-9300 |
| E-mail: cbecerra@law-rb.com | E-mail: attyrmm@bizwi.rr.com |
| Attorney for Plaintiffs | Attorney for Defendants |